CELIA SHAGIN, Appellant, v. H. L. GREEN Co., INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and reinstate the verdict.

ERNEST HART, Appellant, v. HENRY WEINBERGER, Doing Business under the Firm Name and Style of WEINBERGER's, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JAMES KELLY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Glennon and Dore, JJ., dissent and vote to reverse and reinstate the verdict.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, v. CLINTON W. CAMPBELL, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MARY JANE ROONEY, Individually, and as Administratrix, etc., of PATRICK JOSEPH ROONEY, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

LONDON CHARACTER SHOE CORPORATION and Others, Respondents, v. ALFRED S. DAVIS, as Treasurer of Retail Shoe Salesmen's Union, Local No. 1115-F, American Federation of Labor, and Others, Appellants.— The injunction is upheld because Special Term was justified in finding that the sole objective of defendants' picketing was to coerce plaintiffs into interfering in the matter of a dispute between Florsheim Stores and a C. I. O. union. This made the defendants' objective unlawful and the dispute one other than a labor dispute. Orders unanimously affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

PERLMAN & TOBIN, INC., Respondent, v. NATIONAL SECURITY INSURANCE CO. (a Foreign Corporation), Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Martin, P. J., and Glennon, J., dissent and vote to reverse and dismiss the complaint.

JOHN BANCROFT, JR., Respondent, v. FRANCES HAYS BANCROFT, Appellant.— Judgment, so far as appealed from, affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Dore, JJ., dissent and vote to modify to the extent of exacting security in some form other than the mere promise of the plaintiff.

FRANCES KOMAREK and FRED KOMAREK, Respondents, v. ELFRED REALTY CORPORATION, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiffs stipulate to reduce the judgment as entered in favor of the plaintiff Frances Komarek to the sum of $6,177.55, and in favor of the plaintiff Fred Komarek to the sum of $2,000; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.